IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAWANDA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:16-cv-00072-RWS |
| | ) |
| AMERICAN FIRST FINANCE, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Lawanda Smith and defendant American First Finance, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 11th day of March, 2016

/s/ Dominic Pontello (w/permission KBM)
Dominic Pontello
Pontello Law, LLC
5988 Mid Rivers Mall Drive
Suite 114
St. Charles, MO 63304
(636) 541-7673 Telephone
(636) 441-6881 Facsimile
dominic@pontellolaw.com

Attorney for Plaintiff
LAWANDA SMITH

26889242 v1